## BANKS *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 63, September Term, 1960.]

*Decided June 19, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons stated in the opinion of the court below.